# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FIL...

05 APR 25  AM ...

ROBER... R. DI... ...UO
CLERK, U.S. DI... ...ST.
W.D. OF TN, MEMPHIS

TED WEATHERFORD,                    **JUDGMENT IN A CIVIL CASE**

    **Plaintiff,**

**v.**

**CITY OF MEMPHIS,**                **CASE NO: 03-2756 Ml/P**
**MEMPHIS POLICE DEPARTMENT,**
**OFFICER J.M. OWEN and**
**OFFICER DWAYNE D. TRAKUL,**

    **Defendants.**

## JUDGMENT

**JUDGMENT BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Defendant City of Memphis' Motion to Dismiss, entered October, 1, 2004, and Order Granting Defendant Officers J.M. Owens and Dwayne D. Trakul's Motion to Dismiss and/or in the Alternative for Summary Judgment and Order Remanding Plaintiff's Remaining State Law Claims, entered October 1, 2004, this case is DISMISSED.

APPROVED:

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

_____
DATE

ROBERT R. DI TROLIO
_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 4-25-05

(59)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 59 in case 2:03-CV-02756 was distributed by fax, mail, or direct printing on April 25, 2005 to the parties listed.

---

Richard H. Sforzini
BLACKBURN & McCUNE, P.C.
201 Fourth Ave., N.
Ste. 1700
Nashville, TN 37219

Angela L. Jenkins
BLACKBURN & MCCUNE, P.C.
8 South Third St.
Ste. 400
Memphis, TN 38103

Henry L. Klein
CITY ATTORNEYS OFFICE
125 N. Main
Rm. 336
Memphis, TN 38103

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Kimkea L. Harris
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Robert L.J. Spence
SPENCE LAW FIRM, PLLC
119 S. Main St.
Ste. 500
Memphis, TN 38103


Honorable Jon McCalla
US DISTRICT COURT